**CALLAHAN & BLAINE, APLC**
Daniel J. Callahan (Bar No. 91490)
Stephen E. Blaine (Bar No. 93529)
Edward Susolik (Bar No. 151081)
Michael J. Wright (Bar No. 231789)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Tel: (714) 241-4444
Fax: (714) 241-4445

Attorneys for Plaintiff JOHN C. O'MALLEY
and JOHN C. O'MALLEY, a professional corporation
in California Superior Court, County of Orange Case No. 30-2011-00491511

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK COLAPINTO, an individual, and THE LAW OFFICES OF JOSEPH R. MANNING, JR., a professional corporation, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>v.<br><br>ESQUIRE DEPOSITION SERVICES LLC, a Hobart West Company aka ESQUIRE an ALEXANDER GALLO COMPANY, and DOES 1 to 50,<br><br>             Defendants.<br>_____<br>AND CONSOLIDATED CASE(S)<br>_____ | **CASE NO.: 2:09-cv-07584-SJO-PLA**<br><br>**Consolidated with Case No.:**<br>**8:10-cv-00297 SJO (PLAx)**<br><br>Honorable S. James Otero<br>Courtroom 1<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF LIEN** |

_____
NOTICE OF WITHDRAWAL OF LIEN

1     **PLEASE TAKE NOTICE** that John C. O'Malley and John C. O'Malley, a
2 professional corporation, hereby withdraw the Notice of Lien filed in the above
3 captioned action on July 21, 2011.

5 Dated: February 6, 2012          **CALLAHAN & BLAINE, APLC**

8                         By: *s/Edward S*usolik
                              Edward Susolik
9                               Michael J. Wright
                    Attorneys for Plaintiff
                    JOHN C. O'MALLEY
10                    and JOHN C. O'MALEY, a
                   professional corporation

27 G:\Clients\3197\3197-02\Pld\Notices of Lien\Notices of Withdrawal\Notice of Withdrawal of Lien-Frank Colapinto.wpd

1                           NOTICE OF WITHDRAWAL OF LIEN

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this Court at whose direction service was made. My business address is Callahan & Blaine, APLC, 3 Hutton Centre, Ninth Floor, Santa Ana, California 92707.

On February 6, 2012, I served the foregoing document described as:

**[NOTICE OF WITHDRAWAL OF NOTICE OF LIEN]**

[X]  **(BY MAIL):** I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Michael J. Avenatti, Esq.
Jason M. Frank, Esq.
Lisa Wegner, Esq.
**EAGAN AVENATTI, LLP**
450 Newport Center Drive, 2nd Floor
Newport Beach, CA 92660

Carl E. Goldfarb, Esq.
Carlos M. Sires, Esq.
**BOIES SCHILLER & FLEXNER, LLP**
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301

Michael J. Pike, Esq.
Gregory W. Coleman, Esq.
**BURMAN CRITTON LUTTIER & COLEMAN, LLP**
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401

Spencer T. Kuvin, Esq.
**LEOPOLD-KUVIN, P.A.**
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410

Thuy Vu Taitt, Esq.
**MCKENNA LONG & ALDRIDGE LLP**
28 South Waterloo Road Suite 101
Devon, PA 19333

Christian D. Humphreys, Esq.
Gary K. Brucker, Jr., Esq.
**MCKENNA LONG & ALDRIDGE LLP**
4435 Eastgate Mall, Suite 400
San Diego, CA 92121

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on February 6, 2012, at Santa Ana, California.

_____
Monique Kingsbury